974

No. 844. LOEW'S, INC. *v.* UNITED STATES;

No. 845. WARNER BROS. PICTURES, INC. ET AL. *v.* UNITED STATES;

No. 846. TWENTIETH CENTURY-FOX FILM CORP. ET AL. *v.* UNITED STATES; and

No. 847. UNITED STATES *v.* LOEW'S, INC. ET AL. Appeals from the United States District Court for the Southern District of New York. *Per Curiam:* The judgment is affirmed. MR. JUSTICE REED and MR. JUSTICE BURTON are of the opinion that probable jurisdiction should be noted and the cases set down for argument. MR. JUSTICE JACKSON and MR. JUSTICE CLARK took no part in the consideration or decision of these cases. *John W. Davis, J. Robert Rubin* and *S. Hazard Gillespie, Jr.* for appellant in No. 844. *Joseph M. Proskauer* and *Robert W. Perkins* for Warner Bros. Pictures, Inc. et al., appellants in No. 845. *James F. Byrnes, Otto E. Koegel, John F. Caskey* and *Frederick W. R. Pride* for Twentieth Century-Fox Film Corp. et al., appellants in No. 846. *Solicitor General Perlman* for the United States, appellant in No. 847.

No. 453. SHOONG ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. On petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit. *Per Curiam:* The petition for writ of certiorari is granted and the judgment is reversed. *Commissioner v. Korell,* decided this day, *ante,* p. 619. MR. JUSTICE BLACK dissents. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this case. *Nat Schmulowitz* and *Peter S. Sommer* for petitioners. *Solicitor General Perlman* for respondent.